GEORGE D. REED et al., Respondents, *v.* DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, Appellant, Impleaded with Others.

Reported below, 116 App. Div. 921.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appellant had failed to perfect the appeal within a time stipulated:

*George D. Reed* for motion.

*Chauncey J. Hamlin* opposed.

Motion denied on payment by appellant of ten dollars costs within ten days; the undertaking filed to stand subject to justification if excepted to.